IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 5:20-CR-165-H |
| THOMAS JOHN BOUKAMP | |

# GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

| NO. | EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 1. | Redacted Discord messages between Defendant and "Jane Doe" from August to November 2020 (337 pages) | | |
| 2. | SEALED – Unredacted Page 88 from Government's Exhibit 1 (located on disc labeled "Child Pornography") | | |
| 3. | Redacted Discord messages between Defendant and "Jane Doe" from May to August 2020 (108 pages) | | |
| 4. | "Jane Doe's" runaway letter | | |
| 5. | "Jane Doe's" manifestations journal entry | | |
| 6. | Photograph of "Jane Doe" leaving Terra Vista Middle School on November 13, 2020 | | |
| 7. | Photograph of "Jane Doe" with braces | | |
| 8. | Photograph of "Jane Doe" used in missing person flyer/media releases | | |
| 9. | Google subscriber information for e-mail account of JoeHamilton420@gmail.com | | |

| | | | |
|---|---|---|---|
| 10. | Google subscriber information for e-mail account of Tboukamp@gmail.com | | |
| 11. | Federal Bureau of Investigation Special Agent Mark Sedwick's Verizon cell phone tracking data presentation for cell phone number 248-752-3142 | | |
| 12. | Compact disc of Verizon phone record and tracking data for cell phone number 248-752-3142 | | |
| 13. | Photograph of front exterior of 10982 South Lake Street, Alden, Michigan | | |
| 14. | Photograph of front exterior of 10982 South Lake Street, Alden, Michigan, with street address on fence | | |
| 15. | Photograph of red Chevrolet Cruze LT parked in front of 10982 South Lake Street, Alden, Michigan | | |
| 16. | Photograph of Room A of 10982 South Lake Street, Alden, Michigan | | |
| 17. | Photograph of Room D of 10982 South Lake Street, Alden, Michigan | | |
| 18. | Photograph of Room G of 10982 South Lake Street, Alden, Michigan | | |
| 19. | Photograph of pillows and pillow feathers from Room D of 10982 South Lake Street, Alden, Michigan | | |
| 20. | Photograph of Room E of 10982 South Lake Street, Alden, Michigan | | |
| 21. | Photograph of Room K of 10982 South Lake Street, Alden, Michigan | | |
| 22. | Photograph of Defendant's wallet and identification cards from 10982 South Lake Street, Alden, Michigan | | |

| 23. | Photograph of back seat area of red Chevrolet Cruze LT | | |
|---|---|---|---|
| 24. | Photograph of rear floorboard area of red Chevrolet Cruze LT | | |
| 25. | Photograph of receipt from Rex's Quick Lube dated November 12, 2020, and found in red Chevrolet Cruze LT | | |
| 26. | Photograph of Defendant's drivers license and vehicle registration found in red Chevrolet Cruze LT | | |
| 27. | Photograph of receipt in door panel of red Chevrolet Cruze LT | | |
| 28. | Close up photograph of receipt in door panel of red Chevrolet Cruze LT | | |
| 29. | Photograph of Chick-fil-A receipt dated November 12, 2020, and found in red Chevrolet Cruze LT | | |
| 30. | Photograph of "Jane Doe" taken on November 24, 2020 | | |
| 31. | Photograph of "Jane Doe's" face taken on November 24, 2020 | | |
| 32. | Photograph of "Jane Doe's" neck (right side) taken on November 24, 2020 | | |
| 33. | Photograph of "Jane Doe's" neck (left side) taken on November 24, 2020 | | |
| 34. | Close up photograph of "Jane Doe's" neck with measuring ruler taken on November 24, 2020 | | |
| 35. | Photograph of "Jane Doe's" teeth taken on November 24, 2020 | | |
| 36. | Close up photograph of "Jane Doe's" teeth taken on November 24, 2020 | | |

| | | | |
|---|---|---|---|
| 37. | "Jane Doe's" sexual assault nurse examiner's report dated November 22, 2020 | | |
| 38. | Compact disc containing audio recording of interview of Defendant on November 22, 2020 | | |
| 39. | Federal Bureau of Investigation advice of rights form signed by Defendant on November 22, 2020 | | |
| 40. | Calendar of Discord communications between "Jane Doe" and Defendant from May to November 2020 (7 Pages) | | |
| 41. | Google Maps Image with pins for Terra Vista Middle School and 10982 South Lake Street, Alden, Michigan | | |
| 42. | Google Maps Image with pins for Terra Vista Middle School; Shawnee, Oklahoma; Greenville, Illinois; and 10982 South Lake Street, Alden, Michigan | | |
| 43. | State of Michigan Department of State Police laboratory report of DNA comparison between sample taken from "Jane Doe" and sample taken from Defendant. | | |
| 44. | Receipt from Chick-fil-A dated November 12, 2020, found in red Chevrolet Cruze LT | | |
| 45. | Receipt from Rex's Quick Lube dated November 12, 2020, found in red Chevrolet Cruze LT | | |
| 46. | "Jane Doe's" sexual assault kit containing packaging and swabs obtained during the examination of Doe on November 22, 2020 | | |
| 47. | Packaging container and swabs of Boukamp's DNA collected on June 24, 2021 | | |
| 48. | SEALED – photograph of "Jane Doe" received by Boukamp on May 1, 2020 (located in envelope labeled "Child Pornography") | | |
| 49. | SEALED – IMG_6575: video of "Jane Doe" produced by Boukamp on April 28, 2020 (located on disc labeled "Child Pornography") | | |

**Thomas John Boukamp**
**Government's Second Amended Exhibit List Page 4**

| | | | |
|---|---|---|---|
| 50. | SEALED – IMG_6690: video of "Jane Doe" produced by Boukamp on May 2, 2020 (located on disc labeled "Child Pornography") | | |
| 51. | SEALED – IMG_6948: video of "Jane Doe" produced by Boukamp on May 16, 2020 (located on disc labeled "Child Pornography") | | |
| 52. | SEALED – IMG_6949: video of "Jane Doe" produced by Boukamp on May 16, 2020 (located on disc labeled "Child Pornography") | | |
| 53. | SEALED – IMG_6950: video of "Jane Doe" produced by Boukamp on May 16, 2020 (located on disc labeled "Child Pornography") | | |
| 54. | SEALED – IMG_7062: video of "Jane Doe" produced by Boukamp on May 23, 2020 (located on disc labeled "Child Pornography") | | |
| 55. | SEALED – IMG_7613: video of "Jane Doe" produced by Boukamp on June 22, 2020 (located on disc labeled "Child Pornography") | | |
| 56. | SEALED – IMG_8054: video of "Jane Doe" produced by Boukamp on July 17, 2020 (located on disc labeled "Child Pornography") | | |
| 57. | SEALED – IMG_8055: video of "Jane Doe" produced by Boukamp on July 17, 2020 (located on disc labeled "Child Pornography") | | |
| 58. | SEALED – IMG_8094: video of "Jane Doe" produced by Boukamp on July 20, 2020 (located on disc labeled "Child Pornography") | | |
| 59. | iPhone 6s, Serial Number FFMTQ85KGRYG, IMEI Number 356647080743501 | | |
| 60. | Dell Inspiron Chrome Book, Serial Number 12455453882 | | |

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*s/ Callie Woolam*
CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7398
Facsimile: 806-472-7394
Email: callie.woolam@usdoj.gov