UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

2022 MAY 26  PM 3: 39

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 5:20-CR-165-H (ECF) |
| THOMAS JOHN BOUKAMP | § | |
| Defendant. | § | |

## MOTION TO PREVENT HATEFUL AND VILE PROSECUTION

I would like this court to dismiss the charges because of their inherently hateful and discriminatory nature. This prosecution is just state sanctioned bigotry, and ought to be considered a hate crime in and of itself. My sexuality, something I am unable to have control over, a part of what makes me who I am, is being ridiculed, punished, and snuffed out by a government acting under the color of law. Comparisons to lynch mobs and gay killings are all too apt in this case, and it is extremely shameful that this court and this country is doing such an embrassment to the past, present, and future. Love is love, and hate is hate, and this country is clearly steeped in hate for normal male sexuality. Anybody looking to oppose or deny this motion is admitting to being hateful and bigoted, and knows within their heart they hate freedom and love evil.

_____
Thomas John Boukamp
**Defendant Pro Se**