UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

2022 MAY 26  PM 3:39

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 5:20-CR-165-H (ECF) |
| THOMAS JOHN BOUKAMP | § | |
| Defendant. | § | |

## MOTION TO PRESERVE AMERICA AND UPHOLD THE CONSTITUTION

I am a man in turmoil, a visionary hated by the narrow-minded. I am a lover, a sculptor, a performance artist, ridiculed and hated by evildoing bureaucrats of a failing empire that has lost its way. My speech, my life, is protected by the everlasting glow of love eternal. I need no piece of paper to tell me these things. I need no dicta to decide my fate. I need no judge or jury to justify myself to. I am who I am. I am religious, I am traditional marriage and normalcy. I am the bedrock of the human experience. Fear me Uncle Sam, fear my love and my righteousness. Fear my speech, may it be free. Fear my art, may it be beautiful. Drown in my self indulgence, drown in your own decadence. Give me liberty!!!!

Thomas John Boukamp
**Defendant *Pro Se***