UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS JOHN BOUKAMP,<br><br>    Defendant. | No. 5:20-CR-165-H |

### ORDER

Before the Court is Boukamp's Motion to Preserve America and Uphold the Constitution. Dkt. No. 173. The Court discerns only one request in this motion: "Give me liberty!!!!" *Id.* Boukamp's guilt or innocence will be resolved by a jury at trial in just over two weeks. The motion (Dkt. No. 173) is denied.

So ordered on May 27, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE