IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

2022 MAY 27 PM 3: 15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CASE NO.: 5:20-CR-165-H (ECF) |
| THOMAS JOHN BOUKAMP | § | |

## MOTION FOR SCIENCE

Currently it is impossible for me to do any form of research, scientific, or otherwise, to assist myself in rebutting the scientific evidence offered by the government through their experts. I am unable to attack their credibility as well. As a remedy I would like either the appointment of an aide/expert to assist me with research I am unable to do because of the restrictions imposed by the confinement or the ability to have supervised internet access.

DATED: 5/27/22

THOMAS JOHN BOUKAMP
**Defendant *Pro Se***