UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>THOMAS JOHN BOUKAMP,<br><br>　　Defendant. | No. 5:20-CR-165-H |

### ORDER

Before the Court is Boukamp's Motion for a More Glorious Defense of My Rights (Dkt. No. 184) and Motion for Dismissal with Stipulations and Change of Venue (Dkt. No. 183). The former motion, though styled as such, appears to be a supplement to Boukamp's motion to suppress. The government shall respond to both motions by June 2, 2022.

So ordered on May 31, 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES WESLEY HENDRIX
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE