Case 1:20-mj-00494-SJB *SEALED*   ECF No. 1 *SEALED* , PageID.1   Filed 11/22/20   Page 1 of 19
Case 5:20-cr-00165-H-BQ   Document 201-1   Filed 06/02/22   Page 1 of 19   PageID 1262
AO 106 (Rev. 04/10) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>10982 South Lake Street<br>Alden, Michigan | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:20-mj-494 |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A

located in the __Western__ District of __Michigan__, there is now concealed *(identify the person or describe the property to be seized)*:

Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(a) | Enticement |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Whitney Mitchell, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 11/22/2020

_____
*Judge's signature*

City and state: Grand Rapids, Michigan    SALLY J. BERENS, U.S. Magistrate Judge
*Printed name and title*

GOVERNMENT EXHIBIT 1

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

1. I, Whitney Mitchell, am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for approximately 4 years. As a Special Agent with the FBI, my duties include the investigation of alleged violations of federal criminal laws, including subject offenses 18 U.S.C. § 2422(a) Enticement.

2. This affidavit is provided in support of an application for a search warrant for the residence located at 10982 South Lake Street, Alden, Michigan. Physical surveillance by other law enforcement officers has been conducted at the residence. The residence is more fully described in Attachment "A" of this affidavit, which is attached hereto and fully incorporated herein by reference.

3. The statements contained in this affidavit are based on my experience, training, and background as a FBI Special Agent, and on information provided to me by other law enforcement officers who have assisted in the investigation.

4. As more fully described below, I have probable cause to believe that property which is evidence relating to 18 U.S.C. § 2422(a) and constituting evidence of Enticement of a Minor will be found inside the residence described in Attachment "A" of this affidavit. The items I have reason to believe will be found inside the residence constitute evidence of the commission of federal offenses relating to violations of the above-referenced statute. Such items are evidence,

1

contraband, the fruits of crime and things otherwise criminally possessed, and property designed or intended for use or which is or has been used as the means of committing a criminal offense. These items are described in Attachment "B" to this affidavit, which is attached hereto and incorporated herein.

## THE INVESTIGATION- FACTUAL BACKGROUND

5. On 11/13/2020, Lubbock Police Department patrol officer W. Haulk responded to 5845 7th Street #C, Lubbock, Texas, in reference to a runaway.

6. David Worley is the father of the runaway, Juvenile Jane Doe, a 14-year-old female, whose identity is known to the affiant.

7. David Worley did not see Juvenile Jane Doe come into the house after school. David Worley asked Juvenile Jane Doe's sister where she was. Her sister told her father she did not know.

8. David Worley went to Juvenile Jane Doe's school and spoke with school staff. Staff stated she was in school all day and was last seen in her 8th period class. David Worley stated Juvenile Jane Doe's 8th period teacher advised at approximately 1530 hours she requested to go to the restroom. David Worley advised staff stated Juvenile Jane Doe was not seen after that time.

9. On 11/17/2020, Lubbock Police Sergeant J. Rosendo contacted Juvenile Jane Doe's school. Sgt. Rosendo was told there was video of Juvenile Jane Doe in the school and leaving the school.

10. Sgt. Rosendo went to the school and viewed the video. Juvenile Jane Doe can be seen entering the bathroom. A short time later, Juvenile Jane Doe can be seen exiting the bathroom and walking out of the school.

11. Sgt. Rosendo was advised that several people saw Juvenile Jane Doe get into a red car.

12. Sgt. Rosendo spoke to David Worley who advised that Juvenile Jane Doe had attempted suicide in the past.

13. On 11/20/2020, Lubbock Police Detective Derick Smith began reading through messages from Juvenile Jane Doe to a possible suspect via a messaging application called Discord. Parties can text and speak to each other through the application.

14. In the messages it appears at times that the subject is speaking to Juvenile Jane Doe and that she is texting her replies so as not to alert her parents.

15. Juvenile Jane Doe is using the username of "dork" and the suspect is using the username of "hua00."

16. The conversations started on 08/31/2020.

17. On 09/04/2020, Juvenile Jane Doe tells the suspect (later identified as possibly Thomas John Boukamp, from Michigan) that she is 14 years old.

18. On 09/09/2020, Juvenile Jane Doe tells Boukamp that she is going to see a therapist. Boukamp tells Juvenile Jane Doe to tell the therapist that she fantasizes about older men and that she is suicidal. Later on the same day, Juvenile Jane Doe tells Boukamp she is going to be honest with the therapist.

3

19. Boukamp responds to that by saying, "motherfucker." Juvenile Jane Doe asks what she did, and Boukamp told her she can't let them know she is being preyed on.

20. Boukamp asks Juvenile Jane Doe how she would get to him when she is watched 24/7 and that he needs to have her.

21. Boukamp asks Juvenile Jane Doe how big her "tits" are. Juvenile Jane Doe says "idk, small."

22. On 10/20/2020, Boukamp wished Juvenile Jane Doe a happy birthday.

23. On 10/29/2020, it appears Juvenile Jane Doe and Boukamp are talking about her writing a note. She tells him she needs to do it closer to pick-up.

24. Juvenile Jane Doe appears to be trying to guess a location and thinks it is Minnesota and then makes several attempts at trying to spell Boukamp.

25. Juvenile Jane Doe receives an image sent from Boukamp of a white male wearing red shorts with no shirt on taking a selfie in a bathroom.

26. On 11/01/2020, Juvenile Jane Doe asks Boukamp why he needs to see her tits.

27. Boukamp and Juvenile Jane Doe appear to be talking about rape. Juvenile Jane Doe tells Boukamp that she would let him rape her.

28. Juvenile Jane Doe tells Boukamp she feels bad for him because it is going to be such a long trip.

29. On 11/04/2020, Boukamp asks Juvenile Jane Doe "what about plastic bag and rope[?]"

4

30. On 11/05/2020, Juvenile Jane Doe asks Boukamp what they would do if they got caught and then says, "murder suicide!!!"

31. Juvenile Jane Doe tells Boukamp she will be on her period when he gets her.

32. Juvenile Jane Doe asks Boukamp what color his car is.

33. On 11/13/2020, Boukamp tells Juvenile Jane Doe to walk north on Upland and get in naturally, and not to stress, this is easy stuff. Juvenile Jane Doe replies that she will call as soon as school gets out.

34. Juvenile Jane Doe asks Boukamp if he is there, that she is about to go outside, and she is coming right now.

35. On 11/21/2020, Lubbock Police Detective Derick Smith subpoenaed Google for the subscriber of tboukamp@gmail.com. Discord identified this email address as registered to the username "hua00." The subpoena return showed the subscriber to have telephone number 248-752-3142, and the phone is serviced by Verizon.

36. Detective Smith then subpoenaed Verizon for the records of 248-752-3142. The subpoena return showed the telephone to have been in Lubbock in the coverage area of the cell tower next to Juvenile Jane Doe's school on 11/13/2020. (Which is the day Juvenile Jane Doe went missing.)

37. On 11/16/2020, the phone was located in the coverage area of the tower in the vicinity of 10982 S. Lake Street, Alden, Michigan.

38. On 11/21-22/2020 the phone shows to be in the same location.

39. Thomas John Boukamp is a 39 year old, white male listed on the Michigan State Police sex offender registry as having been convicted on November 9, 2005, of criminal sexual conduct-4th degree (Person Thirteen to Fifteen).

40. According to Antrim County property tax records, the property located at 10982 S. Lake Street, Alden, Michigan, is owned by John W. and Marianne M. Boukamp.

41. In the early morning hours, on 11/22/2020, Special Agents from the FBI observed a red, Chevrolet Cruze four door vehicle, bearing MI license plate EGH8750, at 10982 S. Lake Street, in Alden, Michigan. This vehicle shows to be registered to Marianne Boukamp. Agents observed lights on at the residence and it appears to be occupied.

42. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that violations of Title 18, United States Code, Section 2422(a) have been committed, and that:

    a.     property that constitutes evidence of the commission of a criminal offense;

    b.     contraband, the fruits of crime, and things otherwise criminally possessed; and

    c.     property designed and intended for use, and which has been used as a means of committing a criminal offense,

are located at the 10982 S. Lake Street, Alden, Michigan, described in Attachment

6

"A" to this affidavit. The property to be seized pursuant to this warrant is described in Attachment "B" to this affidavit.

## CONCLUSION

Based upon all of the information set forth in this application, I respectfully submit that there is probable cause to believe that, Thomas John Boukamp, or another person residing at 10982 S. Lake Street, Alden, Michigan, is a person involved in the sexual exploitation of minors through the enticement of a minor and as such, this individual is likely to now be in possession of evidence of said offenses and any images and communications related thereto. There is probable cause to believe that said evidence will be found at the residence described in Attachment "A" hereto.

I respectfully request that this Court issue an order authorizing the search of 10982 S. Lake Street, Alden Michigan, more fully described in Attachment "A" of this affidavit, including any external storage structures and vehicles under the control of Thomas John Boukamp or any other individuals located on the property, and any cellular telephones, computers, and associated devices contained therein, for the items, materials, and records more specifically identified in Attachment "B".

# ATTACHMENT "A"
## DESCRIPTION OF PREMISES TO BE SEARCHED

There is in Alden, Antrim County, Michigan, a residence located and described as follows:

10982 S. Lake Street, Alden, Michigan.

Further described as follows:

A two story, single family residence.  The lower portion of the house is constructed of stone and the upper portion is tan.  There are white pillars on the exterior of the house.  The house sits on the west side of the street and faces east.  There are two outbuildings.  The back yard faces the waterfront.

Said suspected place, in addition to the foregoing description, also includes all other buildings, structures, places and vehicles on said premises and within the curtilage, that are found to be under the control of the suspected party named in the application for search warrant and in, on, or around which said suspected party may reasonably reposit or secrete property that is the object of the search requested herein.

## ATTACHMENT "B"
## ITEMS TO BE SEARCHED FOR AND SEIZED

Instrumentalities of violations of 18 U.S.C. § 2422(a), located at 10982 S. Lake Street, Alden, Michigan, in any form wherever it may be stored or found, including, but not limited to:

1. Any computer, computer system and related peripherals, tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, computer photographs, graphic interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such graphic interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to, computer hardware, software, diskettes, backup tapes, CD-ROMs, DVDs, flash memory devices, cellular telephones, gaming consoles, and other storage mediums; any input/output peripheral devices, including but not limited to, passwords, data security devices and related documentation, and any hardware/software manuals;

2. Information or correspondence pertaining to violations of Title 18, United States Code, Section 2422(a), which makes it a federal offense for Any person who—

    (1) Knowingly persuades, induces, entices, or coerces any individual to travel in interstate or foreign commerce, or in any territory or possession of the United States to engage in prostitution, or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.—

3. Receipts and credit card information, including, but not limited to, bills and payment records, relevant to any activity in relation to any of the offenses referenced in Paragraph 2;

4. Records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence;

5. Records or other items which evidence ownership or use of computer equipment, telephones, or electronic storage media found in the above

9

residence, including, but not limited to, sales receipts, bills for Internet access, and handwritten notes;

6. Any communications of any person, any computer programs or applications for computers or cellular telephones which are used to communicate online with other persons, which constitutes the Enticement of a Minor; and

7. All computer/digital files and records which are relevant to making a determination as to the identity of the person who used a particular computer or other device to entice a minor.

8. During the execution of this search warrant at 10982 S. Lake Street, Alden MI, the law enforcement personnel are authorized to depress the fingerprints and/or thumbprints of Thomas John Boukamp onto the touch sensor of any electronic device in order to gain access to the contents of any such device.

In consideration of the foregoing, I respectfully request that this Court issue an order authorizing the search by Agents of the FBI and other state/local law enforcement officials of 10982 S. Lake Street, Alden, Michigan, more fully described in Attachment "A" of this affidavit, and any cellular telephones, computers, and associated devices contained therein, for the items, materials, and records listed herein.

☑ Original ☐ Duplicate Original

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>10982 South Lake Street<br>Alden, Michigan | )<br>)<br>)  Case No. 1:20-mj-494<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the      Western      District of      Michigan
*(identify the person or describe the property to be searched and give its location)*:

Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before      December 6, 2020      *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to      Sally J. Berens     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    11/22/2020 7:23 am                                                    *Judge's signature*

City and state:    Grand Rapids, Michigan                                  SALLY J. BERENS, U.S. Magistrate Judge
                                                                                                                  *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 1:20-mj-494 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>_____<br>*Executing officer's signature*<br><br>_____<br>*Printed name and title* |

## ATTACHMENT "A"
## DESCRIPTION OF PREMISES TO BE SEARCHED

There is in Alden, Antrim County, Michigan, a residence located and described as follows:

10982 S. Lake Street, Alden, Michigan.

Further described as follows:

A two story, single family residence. The lower portion of the house is constructed of stone and the upper portion is tan. There are white pillars on the exterior of the house. The house sits on the west side of the street and faces east. There are two outbuildings. The back yard faces the waterfront.

Said suspected place, in addition to the foregoing description, also includes all other buildings, structures, places and vehicles on said premises and within the curtilage, that are found to be under the control of the suspected party named in the application for search warrant and in, on, or around which said suspected party may reasonably reposit or secrete property that is the object of the search requested herein.

Case 1:20-mj-00494-SJB *SEALED*   ECF No. 2-2 *SEALED* (Court only) ,  PageID.15   Filed
Case 5:20-cr-00165-H-BQ   Document 220-1   Filed 06/02/22   Page 15 of 19   PageID 1276
11/20/20   Page 16

## ATTACHMENT "B"
## ITEMS TO BE SEARCHED FOR AND SEIZED

Instrumentalities of violations of 18 U.S.C. § 2422(a), located at 10982 S. Lake Street, Alden, Michigan, in any form wherever it may be stored or found, including, but not limited to:

1. Any computer, computer system and related peripherals, tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, computer photographs, graphic interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such graphic interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to, computer hardware, software, diskettes, backup tapes, CD-ROMs, DVDs, flash memory devices, cellular telephones, gaming consoles, and other storage mediums; any input/output peripheral devices, including but not limited to, passwords, data security devices and related documentation, and any hardware/software manuals;

2. Information or correspondence pertaining to violations of Title 18, United States Code, Section 2422(a), which makes it a federal offense for Any person who—

    (1) Knowingly persuades, induces, entices, or coerces any individual to travel in interstate or foreign commerce, or in any territory or possession of the United States to engage in prostitution, or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.—

3. Receipts and credit card information, including, but not limited to, bills and payment records, relevant to any activity in relation to any of the offenses referenced in Paragraph 2;

4. Records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence;

5. Records or other items which evidence ownership or use of computer equipment, telephones, or electronic storage media found in the above

9

residence, including, but not limited to, sales receipts, bills for Internet access, and handwritten notes;

6. Any communications of any person, any computer programs or applications for computers or cellular telephones which are used to communicate online with other persons, which constitutes the Enticement of a Minor; and

7. All computer/digital files and records which are relevant to making a determination as to the identity of the person who used a particular computer or other device to entice a minor.

8. During the execution of this search warrant at 10982 S. Lake Street, Alden MI, the law enforcement personnel are authorized to depress the fingerprints and/or thumbprints of Thomas John Boukamp onto the touch sensor of any electronic device in order to gain access to the contents of any such device.

In consideration of the foregoing, I respectfully request that this Court issue an order authorizing the search by Agents of the FBI and other state/local law enforcement officials of 10982 S. Lake Street, Alden, Michigan, more fully described in Attachment "A" of this affidavit, and any cellular telephones, computers, and associated devices contained therein, for the items, materials, and records listed herein.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE SEARCH OF:

No. 1:20-mj-494

10982 South Lake Street
Alden, Michigan

_____/

MOTION AND ORDER TO SEAL

Now comes B. Rene Shekmer, Assistant United States Attorney for the Western District of Michigan, and hereby moves this Court to seal the search warrant, application and continuation for search warrant, and search warrant return in the above matter for the reason that disclosure of those documents at this time would compromise ongoing investigations.

ANDREW BYERLY BIRGE
United States Attorney

Dated: November 22, 2020

*/s/ B. Rene Shekmer*
B. RENE SHEKMER
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI   49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: November 22, 2020

*/s/ Sally J. Berens*
SALLY J. BERENS
United States Magistrate Judge
United States District Court

Case 1:20-mj-00494-SJB *SEALED* ECF No. 4 *SEALED*, PageID.18 Filed 12/10/20 Page 1 of 2
Case 5:20-cr-00165-H-BO Document 201-1 Filed 06/02/22 Page 18 of 19

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Original) (Duplicate Original)

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>10982 South Lake Street<br>Alden, Michigan | )<br>)<br>) Case No. 1:20-mj-494<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Western__ District of __Michigan__
*(identify the person or describe the property to be searched and give its location)*:

Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before __December 6, 2020__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Sally J. Berens__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/22/2020 7:23 am                                 _____
                                                                          *Judge's signature*

City and state: Grand Rapids, Michigan                                   SALLY J. BERENS, U.S. Magistrate Judge
                                                                          *Printed name and title*

Case 1:20-mj-00494-SJB *SEALED* ECF No. 4 *SEALED*, PageID.19 Filed 12/10/20 Page 2 of 2
Case 5:20-cr-00165-H-BQ Document 201-1 Filed 06/02/22 Page 19 of 19 PageID 1280
AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:20-mj-494 | Date and time warrant executed: 11/22/2020 7:35am | Copy of warrant and inventory left with: Left at residence |
| Inventory made in the presence of: B. Reese McIntyre | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

1) iPhone, white in color, Model A1549, IMEI 352014070540427
2) Two driver's licenses in the name of Thomas John Boukamp DOB 5/14/2000 & DOB 5/14/1998
3) iPhone, silver in color, "S", Model A1688, IMEI: Unknown, FCC ID: BCG-E2946A
4) Sager laptop, black in color, Model P650RG, Barcode 8G015C057910 w/ Powercord
5) HP Pavillion series, Model P7-1534, Serial No: 4CE3136415 (computer)
6) Two MI registrations; one for Marianne Margaret Boukamp, and one MI driver's license for Thomas John Boukamp
7) Chick-Fil-A receipt, dated 11/12/2020 in Shawnee, OK.
8) Rex's Quicklube receipt, dated 11/12/2020 10:35 No 11-6249804 in Greenville, IL.

Nothing follows ———

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/23/20

_____
Executing officer's signature

Bradley Reese McIntyre, SA FBI
Printed name and title