
gm
are you ready?


**dork** 13-Nov-20 06:28 AM
Yes i have everything packed and my note put in the spot


**dork** 13-Nov-20 06:38 AM
My parents wont be home after school either


**hua00** 13-Nov-20 06:44 AM
awesome
i should have my passenger window halfway down, keep walking north and if you dont see me keep walking
ill also half open my drivers side rear window ok?


**dork** 13-Nov-20 06:47 AM
Okay


**hua00** 13-Nov-20 06:47 AM
X O
O X
i will see if i can back in
that's what you should see if i do
well either way really lol
same for both sides


**dork** 13-Nov-20 06:48 AM
Wait
Can you send me the picture of the location
Never mind i got ir
*it


**hua00** 13-Nov-20 07:12 AM
you just walk north on upland
get in naturally
dont stress this is easy stuff


**dork** 13-Nov-20 07:17 AM
Okay

GOVERNMENT EXHIBIT 2

Ill call you like as soon as school gets out


**hua00** 13-Nov-20 10:05 AM
great


**dork** 13-Nov-20 03:46 PM
Started a call that lasted 0 minutes.
Urg
Ok so
Are u here
Im about to go outside
Tommyyyy
Started a call that lasted 0 minutes.


**hua00** 13-Nov-20 03:47 PM
yes
im here
could u not hear me?


**dork** 13-Nov-20 03:47 PM
No
Ok im coming rn


**hua00** 13-Nov-20 03:48 PM
great

Exported 10,255 message(s)