


**Extraction Report** - Apple iOS Full File system

## Notes (17)

| # | Time | Note | Account | Deleted | * |
|---|---|---|---|---|---|
| 1 | Created:<br>11/19/2020<br>7:55:42 PM(UTC-5)<br>Modified:<br>11/20/2020<br>1:03:54 PM(UTC-5) | **Title:** for the stickynote<br>**Summary:** projects<br>**Source:** Notes<br>**Labels:**<br>**Body:** for the stickynote<br>projects<br>get ▬ sewing<br>get ▬ a cookbook<br>get ▬ art supplies<br>get ▬ clothes<br>cross country skis<br>first responder<br>real estate<br>army movies<br>vin diesel<br>**Parties:**<br>**Source file:**<br>ee262572873886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite-wal : 0x1C4705 (Table: ZICCLOUDSYNCINGOBJECT, Size: 2101232 bytes) | | | 🏷 |
| 2 | Created:<br>11/8/2020<br>10:24:53 AM(UTC-5)<br>Modified:<br>11/8/2020<br>5:49:48 PM(UTC-5) | **Title:** Todays/tomorrows agenda:<br>**Summary:** Finish processing fat<br>**Source:** Notes<br>**Labels:**<br>**Body:** Todays/tomorrows agenda:<br>Finish processing fat<br>Lift<br>Track lifts<br>prepare for trip<br>(get cash, pack, route etc)<br>transcripts to college<br>tires into shed X<br>**Parties:**<br>**Source file:**<br>ee262572873886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite : 0x3258D3 (Table: ZICCLOUDSYNCINGOBJECT, Size: 18169856 bytes)<br>ee262572873886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite-wal : 0x5C24B (Table: ZICCLOUDSYNCINGOBJECT, Size: 2101232 bytes) | | | 🏷 |



GOVERNMENT EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| 3 | Created:<br>7/24/2020<br>2:37:10 AM(UTC-4)<br>Modified:<br>7/24/2020<br>2:44:07 AM(UTC-4) | Title: the plan<br>Summary: fake runaway note to ca<br>Source: Notes<br>Labels:<br>Body: the plan<br>fake runaway note to ca<br>tape phone on hound to ca<br>at night<br>get windows tinted<br>compartment for gun<br>fake license plate with car of same make and model<br>fake identity and birth cirtificate<br>she sits in back with disguise on<br>pickup location change at last minute<br>have camera setup at fake location/hack existing camera<br>get dash cam<br>make sure real location has no cameras in close vicinity<br>screen for back<br>Parties:<br>Source file:<br>ee2625728738886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite : 0x2EACB5 (Table: ZICCLOUDSYNCINGOBJECT, Size: 18169856 bytes)<br>ee2625728738886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite-wal : 0x5C24B (Table: ZICCLOUDSYNCINGOBJECT, Size: 2101232 bytes) | | | |
| 4 | Created:<br>5/14/2020<br>12:58:42 AM(UTC-4)<br>Modified:<br>5/14/2020<br>1:03:43 AM(UTC-4) | Title: heyyy my name is ▮▮▮▮▮ im a dumb little slut from lubbock…<br>Summary: TX and i just wana say that id give anything for somebody to come rape me :3 i live in a 2nd story apartment and i go to terra vista middle school o_o but that's all you get x333<br>Source: Notes<br>Labels:<br>Body: heyyy my name is ▮▮▮▮▮ im a dumb little slut from lubbock TX and i just wana say that id give anything for somebody to come rape me :3 i live in a 2nd story apartment and i go to terra vista middle school o_o but that's all you get x333<br><br>heyyyy my name is ▮▮▮▮▮ and im selling my DUMB FUCKING WHORE BODY ONLINE hahaha. u can see my cute little face in some of these, take a look o_o it's $25 for a nude $50 dollars for a video, $100 for some good info about me x3 (i really wanna get raped btw, you'd easily be able to find me haha)<br>Parties:<br>Source file:<br>ee2625728738886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite : 0x2B3135 (Table: ZICCLOUDSYNCINGOBJECT, Size: 18169856 bytes)<br>ee2625728738886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite-wal : 0x5C24B (Table: ZICCLOUDSYNCINGOBJECT, Size: 2101232 bytes) | | | |
| 5 | ▮▮▮ | ▮▮▮ | | | |

| # | | | | |
|---|---|---|---|---|
| 6 | ■ | ■ | | 🏷 |
| 7 | Created: 4/28/2020 9:44:29 PM(UTC-4)<br>Modified: 5/11/2020 8:33:04 PM(UTC-4) | Title: ash<br>Summary: lubbock tx<br>Source: Notes<br>Labels:<br>Body: ash<br>lubbock tx<br>■<br>terra vista middle school<br>friend named ■<br>turns 14 ■<br><br>problems<br>skittish<br>flakey<br>bpd<br>not completely set<br>doesnt want to be impregnated<br>Parties:<br>Source file: ee262572873886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite : 0x29A8D3 (Table: ZICCLOUDSYNCINGOBJECT, Size: 18169856 bytes)<br>ee262572873886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite-wal : 0x5C24B (Table: ZICCLOUDSYNCINGOBJECT, Size: 2101232 bytes) | | 🏷 |
| 8 | Created: 4/21/2020 2:27:02 AM(UTC-4)<br>Modified: 4/21/2020 2:31:27 AM(UTC-4) | Title: ■<br>Summary: texas<br>Source: Notes<br>Labels:<br>Body: ■<br>texas<br>apartment<br>14<br>■<br>Parties:<br>Source file: ee262572873886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite : 0x2916E2 (Table: ZICCLOUDSYNCINGOBJECT, Size: 18169856 bytes)<br>ee262572873886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite-wal : 0x5C24B (Table: ZICCLOUDSYNCINGOBJECT, Size: 2101232 bytes) | | 🏷 |
| 9 | ■ | ■ | | 🏷 |

| 16 | Created:<br>9/30/2018<br>9:59:42 AM(UTC-4)<br>Modified:<br>9/30/2018<br>9:59:44 AM(UTC-4) | **Title:** This is going to sound edgy as fuck, but I think I finally understand…<br>**Summary:** the male impulse to rape.<br>**Source:** Notes<br>**Labels:**<br>**Body:** This is going to sound edgy as fuck, but I think I finally understand the male impulse to rape.<br><br>I look at her and feel two things at once:<br>1. Utter disgust with her personality and full knowledge she's a horrible person who I would gladly throw in the gutter<br>2. Sexual attraction<br><br>The only clear reaction to that combination of feelings is rape. It satisfies both the lust and the rejection of her humanity<br>**Parties:**<br>**Source file:**<br>ee262572873886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite : 0x1668B1 (Table: ZICCLOUDSYNCINGOBJECT, Size: 18169856 bytes)<br>ee262572873886361b289e1dc57a7b21d7762562_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/CCD6A205-F80C-4E5A-A0B4-D2FA86944754/NoteStore.sqlite-wal : 0x5C24B (Table: ZICCLOUDSYNCINGOBJECT, Size: 2101232 bytes) | | |