UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 6 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS JOHN BOUKAMP,

    Defendant.

No. 5:20-CR-165-H

## VERDICT OF THE JURY

1. **Count One**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count One of the Second Superseding Indictment.

2. **Count Two**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Two of the Second Superseding Indictment.

3. **Count Three**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Three of the Second Superseding Indictment.

4.  **Count Four**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Four of the Second Superseding Indictment.

5.  **Count Five**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Five of the Second Superseding Indictment.

6.  **Count Six**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Six of the Second Superseding Indictment.

7.  **Count Seven**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Seven of the Second Superseding Indictment.

**8.    Count Eight**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Eight of the Second Superseding Indictment.

**9.    Count Nine**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Nine of the Second Superseding Indictment.

**10.   Count Ten**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Ten of the Second Superseding Indictment.

**11.   Count Eleven**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Eleven of the Second Superseding Indictment.

12. **Count Twelve**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Twelve of the Second Superseding Indictment.

13. **Count Thirteen**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Thirteen of the Second Superseding Indictment.

14. **Count Fourteen**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Fourteen of the Second Superseding Indictment.

15. **Count Fifteen**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Fifteen of the Second Superseding Indictment.

16.   **Count Sixteen**

We, the Jury, find the Defendant, Thomas John Boukamp:

    __X__ Guilty

    _____ Not Guilty

as to Count Sixteen of the Second Superseding Indictment.

__6/16/2022__
DATE

__Branden Washburn__
PRINTED NAME OF FOREPERSON

_[signature]_
SIGNATURE OF FOREPERSON